COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Carolyn James, Individually and As Next of Friend of Her Mother,
                         Mary Olive Calkins v. Linda Carol Goehrs

Appellate case number:   01-12-00445-CV

Trial court case number: 0875812A

Trial court:             61st District Court of Harris County

The parties are ordered to file a supplemental brief responding to the following questions.

Questions directed to Appellant James:
1. It is your contention that the trial court lacked jurisdiction because the probate court had exclusive jurisdiction?
2. Do you agree that the trial court should have dismissed the case, even if you disagree with the other party on the proper rationale or vehicle for dismissal?

Questions directed to Appellee Ghoers:
1. Is it your contention that the trial court lacked jurisdiction because James lacked standing and, therefore, James's counterclaims should have been dismissed?
2. Do you agree that the trial court should have dismissed the case, even if you disagree with the other party on the proper rationale or vehicle for dismissal?

Questions for both parties:
3. If you answered "yes" to both questions addressed to you above, do you contend that the proper resolution is a dismissal without prejudice to either party?
4. Does this Court need to determine the proper basis for dismissal to affirm a dismissal? If so, why?

The briefs may not exceed **5 pages** in length. Both parties' briefs are due no later than **Wednesday, December 11, 2013, at 9:00 A.M.**

Neither party is permitted to file a response to the supplemental brief of the other, absent leave of court.

It is ORDERED.

Judge's signature: /s/ Harvey Brown

☒ Acting individually    ☐ Acting for the Court

Date:  December 9, 2013